SCAD-17-0000379

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

DEAN T. KAUKA,
Respondent.

_____

ORIGINAL PROCEEDING
(ODC CASE NOS. 16-0-370, 16-0-409 and 17-0-049)

ORDER OF SUSPENSION
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of the petition submitted on May 2, 2017 by the Office of Disciplinary Counsel (ODC), requesting the immediate suspension of Respondent Dean T. Kauka from the practice of law pursuant to Rule 2.12A of the Rules of the Supreme Court of the State of Hawaiʻi (RSCH), the declaration and exhibits attached thereto, and the record, we find Respondent Kauka has failed to meaningfully or substantively respond to lawful requests from ODC regarding its investigations into alleged misconduct committed by him, or to respond by the May 31, 2017 deadline to this court's May 10, 2017 order to show cause as

to why he should not be immediately suspended for the above conduct. Therefore,

IT IS HEREBY ORDERED that, pursuant to RSCH Rule 2.12A, Respondent Kauka is suspended from the practice of law. This order is effective immediately and until further order of this court.

IT IS FURTHER ORDERED that this order imposing suspension upon Respondent Kauka shall constitute a suspension for purposes of RSCH Rule 2.16. The Disciplinary Board of the Supreme Court of the State of Hawaiʻi and Respondent Kauka shall therefore comply with the relevant requirements of that Rule.

IT IS FINALLY ORDERED that the Clerk shall forthwith distribute a copy of this order to all judges, pursuant to RSCH Rule 2.16(f). Distribution may be by electronic mail.

DATED: Honolulu, Hawaiʻi, June 13, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

